Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Kelly T. Scribner
Assistant Federal Public Defender
California Bar No. 361657
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Kelly_Scribner@fd.org

*Attorney for Petitioner Henry Jason Ravi Samuel

# United States District Court
# District of Nevada

| | |
|---|---|
| Henry Jason Ravi Samuel,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02115-GMN-BNW<br><br>**Stipulation to Extend Time to File Amended Petition**<br><br>**(First Request)** |

Petitioner Henry Jason Ravi Samuel filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 13, 2026. In the pro se petition, he challenges his continued detention in ICE custody and generally states that he is being illegally detained. This Court appointed the Federal Public Defender's Office on July 15, 2026, and ordered the amended petition be filed by July 29, 2026. Counsel files this motion to extend time to file the amended petition for 14 days, or until August 12, 2026. This is the first request for an extension of time for the amended petition.

Undersigned counsel asks for this extension of time so that she may request and obtain additional documents and continue to research potential claims to raise in the amended petition. Counsel submits that this additional time to prepare the amended petition is in the best interests of Mr. Samuel, would clarify the relevant record for habeas review, and serves the interest of judicial economy.

Counsel for Petitioner contacted counsel for Federal Respondents, AUSA Ednin Martinez, for their position on Petitioner's request for an extension of time to file the amended petition, and they do not oppose this request.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Samuel to file an amended petition to August 12, 2026.

Dated July 29, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

*/s / Ednin Martinez*
Ednin Martinez
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Kelly T. Scribner*
Kelly T. Scribner
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: July 29, 2026